UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 3:05-cr-00241 LRH-VPC |
| ) | |
| Plaintiff, ) | ORDER |
| ) | |
| vs. ) | |
| ) | |
| JAMES ZIMMERMAN, ) | |
| ) | |
| Defendant. ) | |

Court Report Donna Davidson is requested to prepare and file transcripts of the following:

Testimony of Donald Evans and James Brett Zimmerman from the evidentiary hearing held September 7, 2011.

IT IS HEREBY ORDERED that fees for the transcripts designated shall be paid by the United States as provided under 28 U.S.C. § 753(f).

IT IS SO ORDERED.

DATED this 8th day of September, 2011.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE